## T. W. LINDEMAN, Appellant, v. STATE of Texas, Appellee.

### No. 7536.

Court of Civil Appeals of Texas. Austin.

Nov. 12, 1930.

McCLENDON, C. J.

Appeal from an interlocutory order appointing a receiver pending a hearing on the merits of the case at the instance of the state.

Appellant has filed no brief and submitted no argument oral or written in support of his appeal. We have carefully examined the record, and have reached the conclusion that the trial court's action appointing a receiver was justified in order to safeguard the rights of the state, and we have detected no error in the proceeding. Since our jurisdiction is final and any holding we might make would have no binding effect upon the issues involved in the merits of the case, we can see no good purpose in a statement and discussion of the issues presented in the assignments of error.

The order appealed from is affirmed.

Affirmed.

---

## LIVE OAK COUNTY, Appellant, v. C. L. HOLMES, Appellee.

### No. 8489.

Court of Civil Appeals of Texas. San Antonio.

Oct. 29, 1930.

Alex F. Cox, of George West, for appellant.

H. S. Bonham, of Corpus Christi, for appellee.

FLY, C. J.

Appellant sought to condemn 8.96 acres of land to be used in a road which was being constructed by the state of Texas and appellant across the county.

The cause was submitted to a jury on three special issues, involving the value of the land actually appropriated, the damages to remaining acreage, and the benefits resulting to the remaining land.

The jury found that the 8.96 acres of land appropriated were of the value of $375, that the balance of the tract was damaged by such appropriation in the sum of $1,625, and that no benefits would accrue to the land by the construction of the road.

Appellant has filed no briefs, and no fundamental error is disclosed by the record. There are no assignments of error copied into the transcript of the record.

The judgment will be affirmed.

---

## Ozz MOWERS, Appellant, v. Mary Mills MOWERS, Appellee.

### No. 10820.

Court of Civil Appeals of Texas. Dallas.

Sept. 27, 1930.

Rehearing Denied Nov. 1, 1930.

Tipps & Puckitt and E. B. Muse, all of Dallas, for appellant.

Hurt & Mitchell, of Dallas, for appellee.

JONES, C. J.

This is an appeal from the action of a district court of Dallas county in granting a temporary writ of injunction, restraining Ozz Mowers, appellant, from disposing of any portion of a large community estate pending the trial of the suit for divorce filed by Mary Mills Mowers, appellee, against appellant.

Appellee's petition alleges a valid common-law marriage, legal grounds for a divorce, and prays for a partition of the community estate. It also contains allegations duly verified sufficient, in substance, to warrant the action of the court in issuing the temporary writ of injunction. Neither party has filed briefs, and, as the petition constitutes the entire record before this court, it necessarily follows that the judgment of the trial court must be affirmed.

Affirmed.